# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                          **No. 4:20-cr-89-DPM**

**RANDY CHRISTOPHER CROOK**                          **DEFENDANT**
**Reg. No. 02709-509**

## ORDER

Crook was convicted of being a felon in possession of a firearm. He has filed a §2255 petition to vacate his sentence. A hearing isn't necessary. 28 U.S.C. § 2255(b); *Thomas v. United States*, 737 F.3d 1202, 1206 (8th Cir. 2013); *Winters v. United States*, 716 F.3d 1098, 1103 (8th Cir. 2013).

Crook says the Court erred by not granting a downward departure under United States Sentencing Guideline § 5K2.13 (2023). That guideline permitted a downward departure if the defendant suffered from a significantly reduced mental capacity, which contributed substantially to the commission of the offense. Crook suffered significant head injuries in a motorcycle crash in 2020. But that happened after he committed the offense in this case. So, this guideline doesn't apply to him.

Crook's motion, *Doc. 143*, is denied. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

- 2 -

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_20 March 2026_